AO 442 (Rev. 5/93) Warrant for Arrest

**E-FILED**
Friday, 08 September, 2006 02:09:14 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

FILED
SEP 0 7 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

PAUL KINCAID

Case Number: 06-3040

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **PAUL KINCAID**

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly possess materials containing three or more images of child pornography, as that term is defined in 18 U.S.C. 2256(8), which had been produced using materials that had been mailed and shipped and transported in interstate and foreign commerce; and

knowingly used a person under the age of eighteen years, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, said visual depictions having been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

in violation of Title 18 United States Code, Section 2252A(a)(5)(B) and 2251 (a)

Byron Cudmore
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

9/7/06 , Springfield, Illinois
Date and Location

**No Bond**

# RETURN

This warrant was received and executed with the arrest of the above named defendant at 502 E. Un.on, Sangamon County Jail or og 502 E Union, Litchfield, FL

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 09/06/06 | S.A. Scott Anderson | |
| Date of Arrest | Title of Arresting Officer | |
| 9/06/06 | Special Agent | |