**E-FILED**
Wednesday, 13 September, 2006  12:57:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| PAUL KINCAID, | ) No. 06-03040 |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

**NOW COMES** the Noll Law Office, by its representative, Jon Gray Noll, and hereby enter his appearance on behalf of Defendant, PAUL KINCAID.

Respectfully submitted,

**NOLL LAW OFFICE**

By: /s Jon Gray Noll
Jon Gray Noll 02060108
Noll Law Office
802 South Second Street
Springfield, IL  62704
(217) 544-8441
(217) 544-8775 (fax)
E-mail: noll@noll-law.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John Childress
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701

Daniel L. Fultz
Fultz Law Offices
524 East Capitol Avenue
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Paul Kincaid
Sangamon County Jail
1 Sheriff Plaza
Springfield, IL 62701

/s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com