E-FILED
Wednesday, 13 September, 2006  01:00:00 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PAUL KINCAID, | ) | No. 06-03040 |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SETTING APPROPRIATE BOND

**NOW COMES** Defendant, Paul Kincaid, by and through his court-appointed attorney, Jon Gray Noll, and in support of his Motion for Setting Appropriate Bond, states to this Honorable Court as follows, that:

### BACKGROUND

1. Defendant is charged in the above-titled cause in a Criminal Complaint alleging:

    A. The Defendant did knowingly possess materials containing three or more images of child pornography, as that term is defined in 18 U.S.C. § 2256(8), which images had been produced using materials that had been mailed and shipped and transported in interstate and foreign commerce; and

    B. The Defendant knowingly used a person under the age of eighteen years, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, said visual depictions having been produced using materials that had

been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2251(a).

2.   A detention hearing in this matter is set for consideration by the Court on September 14, 2006.

It is anticipated that the United States Probation Office, through its United States Probation Officer Eric Fox, will recommend detention of the Defendant. It is further believed that Assistant United States Attorney John Childress will do likewise.

3.   Attached to this motion as Exhibit A is a copy of an Addendum of Sex Offender Conditions employed by Illinois state authorities when dealing with sexually dangerous individuals.

The addendum is submitted solely for example purposes. However, it does serve as a comprehensive and "tested" court order, which can assure a sentencing court of establishment of the necessary conditions to meet the requirements of law.

The Defendant asserts that there are sufficient possible conditions that could be placed upon him to insure compliance; to insure that he does not flee the jurisdiction; to safeguard the community; and to allow the Defendant to placed on a recognizance bond. This addendum, Exhibit A, sets forth numerous such conditions which would allow for such a ruling.

**ARGUMENT**

The Defendant submits to the Court that he is not a risk of flight. The Defendant believes that this is confirmed by the pre-trial services report of U. S. Probation Officer Fox.

Thus, the only issue is whether the Defendant is a threat to the community.

This concern can be substantially alleviated by the Court setting such conditions as are necessary to insure the safety and security of the community by placing the Defendant on bond with sufficient conditions to minimize the possibility of further allegations. Certainly, any conditions on setting of bond cannot give absolute certainty. However, the Court can fashion those conditions necessary to meet the interest of justice in this matter.

4. The Defendant understands and expects that very restrictive conditions would be required to him. In the event that those conditions are not met, or in some way are violated, he fully expects the Court to move to revoke his bond.

This Court has dealt with similar serious cases previously and on other such occasions, has been amenable to placing individuals on bond subject to those conditions necessary to protect the public. This is such a case and appropriate conditions can be established.

5. The Defendant has a sister, Judy Cooke, who resides at 322 North Macoupin, Gillespie, Illinois 62033. Mrs. Cooke and her husband, Larry, are ministers at Cornerstone Ministries in Benld, Illinois. Mrs. Cooke and her husband are fully qualified

3

and agreeable to act as third party custodians of the Defendant. There are other family members, most particularly the Defendant's son, Adam, who could also act as a third party custodian, but it appears through interviews and research that Mrs. Cooke is the family member most qualified and capable to act in that capacity.

## PRAYER FOR RELIEF

**WHEREFORE,** the Defendant, Paul Kincaid, prays to be placed on a recognizance bond subject to such conditions as recommended by Probation Officer Fox and as determined appropriate by the Court, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

**PAUL KINCAID**, Defendant


BY:   /s Jon Gray Noll
      Jon Gray Noll 02060108
      Attorney for Defendant
      Noll Law Office
      802 South Second Street
      Springfield, IL 62704
      Telephone: (217) 544-8441
      Fax: (217) 544-8775
      E-mail: noll@noll-law.com

4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John Childress
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701

Daniel L. Fultz
Fultz Law Offices
524 East Capitol Avenue
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Paul Kincaid
Sangamon County Jail
1 Sheriff Plaza
Springfield, IL 62701

/s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

Wednesday, 13 September 2006 01:00:28 PM
Clerk, U.S. District Court, ILCD
DEFENDANT'S EXHIBIT FILED A

## ADDENDUM OF SEX OFFENDER CONDITIONS

1. You shall register in person as a sex offender with the local law enforcement agency within 10 days, and you shall remain in full compliance with the Sex Offender Registration Act. You shall have your sex offender registration verification with you at all times and shall present it during any contact or interaction with law enforcement officers.

2. You shall undergo medical testing to determine whether you have any sexually transmissible disease, including HIV, and the test results will be forwarded to the sentencing judge.

3. You shall submit a blood specimen to the Illinois Department of State Police under the direction of the Adult Probation Department within 45 days of sentencing and pay a $500.00 fee for processing.

4. You shall cooperate in providing information, including information relating to sexual history and sexual behavior, to your probation officer (P.O.) for the purpose of ongoing assessment and management, at the direction of your P.O.

5. You shall submit to any program of psychological or physiological assessment at the direction of your P.O., including the penile plethysmograph and/or polygraph, to assist in treatment, planning, and case monitoring.

6. You shall actively participate in sex offender treatment, remain in such treatment at the direction of your P.O., and successfully complete any recommended sex offender treatment; as well as allow the treating therapist to disseminate to the Court information about your attendance and progress in treatment.

7. You shall, at the direction of your P.O, notify third parties of your complete criminal record, permit the P.O. to confirm compliance with this notification requirement, and make any other notifications as the P.O. deems appropriate. You shall inform all persons with whom you have an established or ongoing relationship about your complete criminal history.

8. You shall not initiate, establish or maintain contact with any minor, nor attempt to do so, without prior written approval of your P.O.

9. You may not date, socialize or form a romantic interest or sexual relationship with any person who has physical custody of a minor without prior written approval from your P.O.

10. You are not to reside in a residence where minor children also reside without prior written approval of your P.O.

11. You shall not enter the premises, travel past, or loiter near where the victim resides except under the circumstances approved in advance and in writing by your P.O. You shall have no correspondence, telephone contact, or communication through a third party with the victim.

12. You shall not knowingly be within 100 yards of, or knowingly loiter at parks, schools, day care centers, swimming pools, beaches, theaters, or other places where children under the age of 18 congregate without prior written approval of your P.O.

13. You shall not maintain/accept employment that will bring you in direct contact with minor children without prior written approval from your P.O.

14. You shall not view, possess or have access to any material that depicts or portrays minor(s) or individuals representing themselves as minor(s) involved in sexual activity, nor patronize any place where such material or entertainment is available.

15. You shall not view or possess any picture, image or depiction of sexual acts or of the fully nude human body, including but not limited to magazines, computer images, photographs, or videos. You shall not possess or view any movie with a rating of "X," or "XXX," or any adult pay-per-view movies. You shall inform your P.O. of every video movie rental agreement that authorizes you to rent video tapes/DVD movies and allow your P.O. access to your video/television accounts to verify compliance with this condition.

16. You shall not use 900 phone numbers.

17. You shall comply with the Adult Probation Office's policy on computer usage and monitoring. You will be supplied with a written notification of that policy and you are required to affix your signature acknowledging receipt of that policy.

18. You shall not possess or have access to cameras, video cameras, or photography equipment for the purpose of violating any Illinois statute related to sexual offenses.

19. You shall submit to searches of your person, residence, computer(s), papers, automobile and/or effects at any time such requests are made by the P.O. and consent to the use of anything seized as evidence in a court proceeding.

20. You are not to use any fictitious names.

21. You are not to have a Post Office box number without prior written approval of your P.O.

22. You are not to possess or have access to handcuffs, restraint equipment or other items that could be used for purposes of control or confinement of another person.

23. You are to observe a curfew and/or participate in electronic monitoring as directed by your P.O.

24. You are not to associate with any sex offenders except in an approved treatment program.

25. You are not to possess or have access to children's clothing, toys, games or other similar material related to children's interests without prior written approval of your P.O.

26. You shall not place or answer any type of classified personal advertisement.

Case No: _____    Judge: _____

Dated: _____    Probationer: _____

Revised, September 6, 2001