IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| PAUL KINCAID, ) | No.    06-03040 |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

**NOW COMES** Fultz Law Offices, by its representative, Daniel L. Fultz, and hereby enters its appearance on behalf of Defendant, PAUL KINCAID.

Respectfully submitted,

**FULTZ LAW OFFICES**

By:   /s Daniel L. Fultz
Daniel L. Fultz  6282911
Attorney for Defendant
524 E. Capitol Avenue
Springfield, IL 62701
(217)492-1560
(217)4920-1562 (fax)
E-mail:  danfultz@sbcglabal.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John Childress
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701

Noll Law Office
802 South Second Street
Springfield, IL 62704


and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:


Paul Kincaid
Sangamon County Jail
1 Sheriff Plaza
Springfield, IL 62701

 

/s Daniel L. Fultz
Daniel L. Fultz  6282911
Attorney for Defendant
524 E. Capitol Avenue
Springfield, IL 62701
(217)492-1560
(217)4920-1562 (fax)
E-mail:  danfultz@sbcglabal.net